UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MARY DOE; JOHN DOE A; JOHN DOE B; JOHN DOE C; JOHN DOE D; JOHN DOE E JOHN DOE F; JOHN DOE G; JOHN DOE H; MARY ROE,<br><br>Plaintiffs - Appellants Cross-Appellees<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan; JAMES GRADY, II, Colonel,<br><br>Defendants - Appellees Cross-Appellants | Nos. 25-1413/25-1414<br><br>E.D. Mich. No. 2:22-cv-10209<br>Hon. Mark A. Goldsmith |

**STIPULATION AND ORDER TO**
**AMEND CASE CAPTION**

Pursuant to the attached stipulation of the parties, the Court orders that John Doe F be deleted as a named plaintiff on the case caption of this appeal because he was dismissed in the final judgment and did not file a notice of appeal.

**SO ORDERED.**

________________________
Clerk of the Court

Dated: May 1, 2025

## STIPULATION

The parties, by counsel, ask the Court to amend the case caption to reflect that named plaintiff John Doe F was dismissed in the district court's final judgment and did not file a notice of appeal. His name should therefore be deleted from the case caption.

Respectfully submitted,

/s/ Miriam Aukerman (P63165)
Attorney for Plaintiffs
American Civil Liberties Union
Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/ Eric Jamison (P75721)
Assistant Attorney General
Attorney for Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
JamisonE@michigan.gov

Dated: May 1, 2025