Case No. 25-1413/25-1414

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

MARY DOE; JOHN DOE A; JOHN DOE B; JOHN DOE C; JOHN DOE D; JOHN DOE E; JOHN DOE G; JOHN DOE H; MARY ROE

Plaintiffs - Appellants Cross-Appellees

v.

GRETCHEN WHITMER, Governor of the State of Michigan; JAMES GRADY, II, Colonel

Defendants - Appellees Cross-Appellants

Upon consideration of the motion/stipulation to remove John Doe F as party on appeal, it is **ORDERED** that the motion/stipulation is hereby **GRANTED**. The amended caption above should be used for all future filings.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: May 01, 2025