No. 25-1413/25-1414

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

MARY DOE; JOHN DOE A; JOHN DOE B; JOHN DOE C; JOHN DOE D; JOHN DOE E; JOHN DOE G; JOHN DOE H; and MARY ROE,
*Plaintiffs - Appellants Cross-Appellees*

v.

GRETCHEN WHITMER, Governor of the State of Michigan; JAMES GRADY, II, Colonel,
*Defendants - Appellees Cross-Appellants*

On Appeal from the United States District Court
for the Eastern District of Michigan,
Case No. 2:22-cv-10209 (The Honorable Mark A. Goldsmith)

**INDEX OF EXHIBITS TO PLAINTIFFS – APPELLANTS CROSS APPELLEES' RESPONSE IN OPPOSITION TO DEFENDANTS – APPELLEES CROSS APPELLANTS' MOTION TO STAY THE JUDGMENT**

Exhibit A    Michigan Sex Offenders Registration Act, M.C.L. 28.721 et seq.

Exhibit B    SORA 2021 with Highlighted Changes

Exhibit C    Expert Report on Class Data

Exhibit D    Transcript of Oral Argument in *Does I v. Snyder* (Excerpt)