## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 20, 2025

Ms. Miriam J. Aukerman
American Civil Liberties Union Fund of Michigan
1514 Wealthy Street, S.E.
Suite 242
Grand Rapids, MI 49506

Mr. Eric M. Jamison
Office of the Attorney General
of Michigan
P.O. Box 30754
Lansing, MI 48909

    Re: Case No. 25-1413/25-1414, *John Doe A, et al v. Gretchen Whitmer, et al*
        Originating Case No. 2:22-cv-10209

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                            Sincerely yours,

                            s/Jill E. Colyer, Case Management Specialist
                            for Ryan E. Orme, Case Manager
                            Direct Dial No. 513-564-7079

cc: Ms. Ewurama Appiagyei-Dankah
    Ms. Kinikia D. Essix
    Ms. Allison Beth Frankel
    Ms. Bonsitu Asia Kitaba
    Mr. Paul D. Reingold

Enclosure