Nos. 25-1413/1414

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 14, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| JOHN DOE A, et al., )<br>)<br>  Plaintiffs-Appellants Cross-Appellees, )<br>)<br>v. )<br>)<br>GRETCHEN WHITMER, Governor of the State of )<br>Michigan, et al., )<br>)<br>  Defendants-Appellees Cross-Appellants. ) | O R D E R |

Before: NORRIS, MOORE, and BLOOMEKATZ, Circuit Judges.

On June 20, 2025, we granted Defendants' motion to stay the district court's judgment pending appeal. Plaintiffs have moved for us to clarify the scope of the stay.

It is **ORDERED** that the Stay Order issued on June 20, 2025, ECF 28-1, applies only to the portions of the district court's judgment Defendants sought to stay in their motion filed on May 30, 2025, ECF 21: the judgment with respect to Counts I and II (ex post facto claims) and Count XI (claims regarding registrants with out-of-state convictions) of Plaintiffs' amended complaint. The stay does not apply to any other counts or to the general provisions of the district court's amended judgment issued on April 22, 2025. *See* District Court R. 177.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk