Nos. 25-1413/1414/1415

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 17, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| **Nos. 25-1413/1414** <br> MARY DOE, et al., <br><br>     Plaintiffs - Appellants Cross - Appellees, <br><br> v. <br><br> GRETCHEN WHITMER, Governor of the State of Michigan, et al., <br><br>     Defendants - Appellees Cross - Appellants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **No. 25-1415** <br> JOHN DOES, AG55, on behalf of themselves and all others similarly situated, <br><br>     Plaintiffs - Appellants, <br><br> v. <br><br> MICHIGAN STATE POLICE, <br><br>     Defendant <br><br> and <br><br> GRETCHEN WHITMER, Governor, et al., <br><br>     Defendants - Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

    In Nos. 25-1413/1414, the plaintiffs appeal, and the defendants cross-appeal, the district court's judgment in this action challenging the constitutionality of Michigan's Sex Offender

- 2 -

Registration Act. In No. 25-1415, different plaintiffs appeal the district court's judgment in this action challenging same. The parties now jointly move in all cases for the three matters to be presented to the same panel for consideration on the same day.

The parties' joint motions are GRANTED, and these matters will be submitted to the same panel for consideration on the same date. Briefing will continue with independent briefing schedules. Consistent with the court's directive in Nos. 25-1413/1414, the clerk will expedite the submission of these matters. The decisions of when and whether to conduct oral argument (and the structure thereof) are reserved to the ultimate merits panel. The case associations will be noted on the docket.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk