UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1413 / 25-1414**

Case Title: **Mary Doe, et al.** vs. **Gretchen Whitmer, et al.**

List all clients you represent in this appeal:

**Amici curiae Patty Wetterling, Tashmica Torok, and Amber Vlangas**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                    (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**N/A**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Richard D. Snyder**    Signature: s/ **Richard D. Snyder**

Firm Name: **Fredrikson & Byron, P.A.**

Business Address: **60 South Sixth Street, Suite 1500**

City/State/Zip: **Minneapolis, MN  55402**

Telephone Number (Area Code): **(612) 492-7145**

Email Address: **rsnyder@fredlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---